UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MULTIFAB, INC., a Washington domestic corporation,<br><br>                      Plaintiff,<br><br>            v.<br><br>ARLANAGREEN.COM, an Internet web domain registered in Arizona; RUBEN ISEV, believed to be a resident of Moscow, Federation of Russia,<br><br>                     Defendants. | No.   15-cv-66-SMJ<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND CLOSING FILE** |

On August 11, 2015, the Court issued an Order denying Plaintiff Multifab's Motion for Entry of Default Judgment. ECF No. 37. There, the Court ordered Plaintiff's claims dismissed without prejudice but gave it an opportunity to amend its Complaint within thirty (30) days of that order. *Id.* at 17-18. To date, the Plaintiff has failed to do so. As such, having reviewed the case and the files in this matter, the Court Orders the case **DISMISSED WITHOUT PREJUDICE** and directs the Court Clerk's office to **CLOSE** the file.

//

//

ORDER **-** 1

**IT IS HEREBY ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of September 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge